FILED
2018 NOV 19 P 1:27
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-11620                                          DIVISION "C"

CHARLES WILLIAMS                          SECTION 10

VERSUS

CONTRANS FLATBED GROUP GP, INC.,
DYLAN MARRIOTT, and
CHUBB INSURANCE COMPANY OF CANADA,

FILED: _____        _____
                                        DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **CHARLES WILLIAMS**, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, respectfully represents:

1.

The following are made defendants herein:

a. **CONTRANS FLATBED GROUP GP, INC.**, an alien corporation formed under the laws of Canada and operating flatbed trucks on the interstate highways of Louisiana in interstate/international commerce.

b. **DYLAN MARRIOTT**, a person of the full age of majority who is domiciled in Halifax, Nova Scotia, Canada; and,

c. **CHUBB INSURANCE COMPANY OF CANADA**, an alein insurance company which has failed to appoint a registered agent and it is thus presumed that the Secretary of State for the State of Louisiana is agent for service of process and hence, is considered as domiciled in this Parish.

2.

Venue is proper in the Parish of Orleans pursuant to Louisiana Code of Civil Procedure because the incident that is the subject of this suit occurred within Orleans Parish.

3.

This Court has subject matter jurisdiction to hear the actions presented in this suit.

4.

On or about February 24, 2018, petitioner, **CHARLES WILLIAMS**, was a guest passenger in the vehicle being operated by Edward Craft on I-610W, in the Parish of Orleans, State





Exhibit 1

of Louisiana when, suddenly and without warning the defendant, **DYLAN MARRIOTT**, changed lanes from the far left to the middle lane of travel and causing the trailer of his commercial vehicle to strike the left front of Craft's vehicle. The crash caused injuries to petitioner, **CHARLES WILLIAMS**.

5.

The accident which occurred was caused jointly by the negligence of the defendants, **DYLAN MARRIOTT and CONTRANS FLATBED GROUP GP, INC.**

6.

Defendant, **DYLAN MARRIOTT**, was negligent in the following manner:

a. Failing to keep a proper lookout;

b. Failing to keep his vehicle under control at all times;

c. Driving his vehicle with reckless disregard for the safety of others;

d. Failing to see what he should have seen;

e. Changing lanes into Edward Craft's lane of travel and striking Craft's vehicle; and

f. Other acts of negligence as may be shown at the trial of this matter; such acts being in violation of the laws of the State of Louisiana and the ordinances of the Parish of Orleans, which are specially plead as if copied *in extenso*.

7.

Defendant, **DYLAN MARRIOTT**, was operating a commercial vehicle owned by his employer, Defendant, **CONTRANS FLATBED GROUP GP, INC.**, and at all times material to this litigation, Defendant, **DYLAN MARRIOTT**, was acting within the course and scope of his employment with Defendant, **CONTRANS FLATBED GROUP GP, INC.**.

8.

Defendant, **CONTRANS FLATBED GROUP GP, INC.**, was negligent in the following manner:

a. Failing properly train DYLAN MARRIOTT in the operation of the vehicle he was driving at the time of the crash;

b. Failing to properly supervise DYLAN MARRIOTT in his operation of the motor vehicle he was driving at the time of the crash;

    c. Failing to have adequate training and safety procedures in place to prevent motor vehicle crashes;

    d. Other acts of negligence as may be shown at the trial of this matter; such acts being in violation of the laws of the State of Louisiana and the ordinances of the Parish of Orleans, which are specially plead as if copied *in extenso.*

9.

Defendant, **CONTRANS FLATBED GROUP GP, INC.**, is liable pursuant to Louisiana's doctrine of vicarious liability and *respondeat superior* for all actions on the part of Defendant, **DYLAN MARRIOTT**, which took place within the course and scope of his employment with Defendant, **CONTRANS FLATBED GROUP GP, INC.**, and which led to the collision at issue in this litigation.

10.

At the time of the accident, the defendant, **CHUBB INSURANCE COMPANY OF CANADA**, had issued a public liability policy insuring the defendant, **CONTRANS FLATBED GROUP GP, INC.**, for the acts and/or omissions alleged herein. This policy was in full force and effect at the time of the accident involved herein.

11.

As a result of this accident, petitioner, **CHARLES WILLIAMS**, sustained serious injuries to his neck, back, wrist, head, and other parts of his body, causing him to suffer severe pain and disability as well as other damages itemized herein below.

12.

Petitioner, **CHARLES WILLIAMS**, avers that he suffered the following damages, to-wit:

    Past and Future Medical Expenses;

    Past and Future Loss of Wages;

    Loss of Earning Capacity;

    Past and Future Physical Pain and Suffering;

    Past and Future Mental Pain and Anguish;

    Physical Disability;

    Physical Disfigurement and Scarring; and

Loss of Enjoyment of Life.

13.

The petitioner further avers that the amount in controversy exceeds that which is required for a trial by jury and he desires a trial by jury on all issues.

**WHEREFORE**, petitioner, **CHARLES WILLIAMS**, prays that after all due proceedings had, there be judgment in his favor and against the defendants, **CONTRANS FLATBED GROUP GP, INC., DYLAN MARRIOTT, and CHUBB INSURANCE COMPANY OF CANADA**, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable and for trial by jury.

Respectfully Submitted,

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, L.L.P.

_____
**George B. Recile, L.B.N. 11414**
**Barry W. Sartin, Jr., L.B.N. 34075**
One Galleria Boulevard, Suite 1100
Metairie, Louisiana    70001
Telephone:    (504) 833-5600
Facsimile:     (504) 833-8080
*Attorneys for Plaintiff, CHARLES WILLIAMS*

PLEASE SERVE:

**CONTRANS FLATBED GROUP GP, INC.**
*Via Louisiana Long Arm Statute to its headquarters:*
80 Third Line
Hagersville, Ontario
N0A 1H0

**DYLAN MARRIOTT**
*Via Louisiana Long Arm Statute to his residence:*
48 Glen Baker
Halifax, Nova Scotia

**CHUBB INSURANCE COMPANY OF CANADA**
*Through:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

FILED

2018 NOV 19 P 1:27

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-11620                                                               DIVISION: " "

CHARLES WILLIAMS

VERSUS

CONTRANS FLATBED GROUP GP, INC.,
DYLAN MARRIOTT, and
CHUBB INSURANCE COMPANY OF CANADA

FILED: _____        _____
                                                                      DEPUTY CLERK

## REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, CHARLES WILLIAMS, who makes the following requests:

1.

Pursuant to LSA-C.C.P. Article 1572, plaintiff requests written notice ten (10) days in advance of the date fixed for the trial or hearing on any exceptions, motions or rules on the merits of the captioned matter.

2.

Pursuant to LSA-C.C.P. Articles 1913 and 1914, plaintiff requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions or rules on the merits of the captioned suit.

**WHEREFORE**, the premises considered, plaintiff, CHARLES WILLIAMS, requests that he be furnished with the above specified information.

Respectfully Submitted,

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, L.L.P.

_____
George B. Recile, L.B.N. 11414
Barry W. Sartin, Jr., L.B.N. 34075
One Galleria Boulevard, Suite 1100
Metairie, Louisiana   70001
Telephone:   (504) 833-5600
Facsimile:     (504) 833-8080
*Attorneys for Plaintiff, CHARLES WILLIAMS*

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**VERIFIED**

FILED
2018 NOV 19 P 1:27
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-11620

DIVISION: " "

CHARLES WILLIAMS

VERSUS

CONTRANS FLATBED GROUP GP, INC.,
DYLAN MARRIOTT, and
CHUBB INSURANCE COMPANY OF CANADA

FILED: _____      _____
                                     DEPUTY CLERK

## JURY ORDER

The mover for jury trial shall post a jury bond in the amount of $_____ within sixty (60) days of the signing of the order granting the jury trial. Prior to the commencement of trial, the party requesting the jury trial shall deposit the sum of $_____ cash per day for each day the trial is estimated to last.

The Clerk of Court shall return any unused portion of the jury cost deposited to the party responsible.

New Orleans, Louisiana, t___

**JURY DEPOSIT ORDER WILL BE SIGNED WHEN TRIAL DATE IS SELECTED**

_____
JUDGE

VERIFIED
Christopher
12/4/18

**ATTORNEY'S NAME:** Recile, George B 11414
**AND ADDRESS:** One Gall[r] Blvd., Suite 1100, Metairie, LA 70001-7534

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2018-11620 | DIVISION: C | SECTION: 10 |
|---|---|---|

### WILLIAMS, CHARLES

### Versus

### CONTRANS FLATBED GROUP GP, INC ET AL

### CITATION

**TO:** CHUBB INSURANCE COMPANY OF CANADA
**THROUGH:** LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 4, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Christine Thrift, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON **CHUBB INSURANCE COMPANY OF CANADA** THROUGH: **LOUISIANA SECRETARY OF STATE** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage $ _____ / ENTERED / PAPER   RETURN SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON **CHUBB INSURANCE COMPANY OF CANADA** THROUGH: **LOUISIANA SECRETARY OF STATE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **CHUBB INSURANCE COMPANY OF CANADA** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

JAN 1 2 2019 I made service on the named party through the Office of the Secretary of State on

JAN 1 4 2019 by tendering a copy of this document to KATHY DARDEN

DY. E. CUMMINS #1155
Deputy Sheriff of East Baton Rouge, Louisiana

VERIFIED
03-19-19

ID: 10077150                Page 1 of 1